IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02112-LTB

QUINN MCKENZIE JEBE,

    Applicant,

v.

PAUL KASTNER, Warden, FTC Oklahoma,

    Respondent.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 23, 2013, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 23 day of January, 2013.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ M.J. Garcia
           Deputy Clerk